[No. 73963-8-I.   Division One.   December 7, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL URRIETA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-00259-1, Vicki L. Hogan, J., entered May 30, 2014. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Becker and Verellen, JJ.

[No. 44917-0-II.   Division Two.   December 8, 2015.]

*In the Matter of the Estate of* ARTHUR D. PHELPS.

APRIL PHELPS FORD, *as Personal Representative, Petitioner*, v. THE DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-00535-3, James J. Dixon, J., entered April 30, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Maxa, JJ.

[No. 45789-0-II.   Division Two.   December 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY JERREL SMITH II, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 11-1-00331-0, George L. Wood, J., entered January 14, 2014. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Melnick, JJ.

[No. 46148-0-II.   Division Two.   December 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN R. RING, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 12-1-00407-2, Toni A. Sheldon, J., entered April 15, 2014. *Reversed* by unpublished opinion per Maxa, J., concurred in by Worswick and Sutton, JJ.